

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 APR 20 AM 10: 14
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>Ramon Abel CAMACHO-Sanudo  )<br>  )<br>Defendant.  )<br>_____)  | Magistrate Case No. '07 MJ 0865<br><br>**COMPLAINT FOR VIOLATION OF**<br><br>Title 8, U.S.C., Sec. 1324(a)(2)(B)(iii) -<br>Bringing in Alien(s) Without Presentation (Felony) |

The undersigned complainant, being duly sworn, states:

That on or about **April 19, 2007**, within the Southern District of California, defendant **Ramon Abel CAMACHO-Sanudo**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that the aliens, namely, **Maria FAUSTO-Pacheco, Salvador GOMEZ-Martinez, and Rodolfo RENTERIA-Sanchez** had not received prior official authorization to come to, enter and reside in the United States, did attempt to bring to the United States said aliens, and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Johnny Armijo
Customs and Border Protection
Chief Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **20th** DAY OF **APRIL 2007**

UNITED STATES MAGISTRATE JUDGE



## PROBABLE CAUSE STATEMENT

The complainant states that **Maria FAUSTO-Pacheco, Salvador GOMEZ-Martinez, and Rodolfo RENTERIA-Sanchez,** are citizens of a country other than the United States; that said aliens have admitted they are deportable; that their testimony is material; that it is impracticable to secure their attendance at trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On **April 19, 2007** at approximately **3:30 PM, Ramon Abel CAMACHO-Sanudo (Defendant)** made application for admission into the United States driving a blue Volkswagen Passat at the San Ysidro Port of Entry. Defendant presented a Border Crossing Card (Form DSP-150) bearing the name Antonio Rodriguez Roman as his entry document to a Customs and Border Protection (CBP) Officer. The CBP Officer received a negative Customs declaration from Defendant and noticed his hands were trembling. During a primary inspection of the vehicle, the CBP Officer discovered individuals concealed in the trunk. CBP Officers escorted the vehicle and its occupants to the secondary area for further inspection.

In secondary, CBP Officers removed four individuals from within the trunk of the vehicle. Three individuals are now identified as material witnesses: **Maria FAUSTO-Pacheco, Salvador GOMEZ-Martinez, and Rodolfo RENTERIA-Sanchez.** Material witnesses were determined to be citizens of Mexico with no entitlements to enter, pass-through, or reside in the United States.

During a videotaped proceeding, Defendant was advised of his Miranda rights. Defendant acknowledged his rights and elected to answer questions without an attorney present. Defendant admitted that he presented an entry document not lawfully issued to him in an attempt to affect an entry into the United States. Defendant further admitted that he knew the vehicle he was driving contained persons hidden in the trunk.

Videotaped interviews were also conducted with the material witnesses. All three material witnesses declared that to be citizens of Mexico with no documents to lawfully enter, pass through or reside in the United States. All were destined to various cities within the United States to seek employment and establish residency. All had agreed to pay a smuggling fee ranging from an undisclosed amount to $3,500 USD to be smuggled into the United States.